| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Law Office of Quigley & Fayette, LLC<br>1675 Whitehorse Mercerville Road<br>Suite 204<br>Hamilton, New Jersey 08619<br>(609) 584-0600 | Order Filed on August 4, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No. 17-19632<br><br>Adv. No.<br><br>Hearing Date:<br><br>Judge: (KCF) |
| In Re: Marc Fass<br>　　　　 Jill Fass | |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: August 4, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Case No. 17-19632
Order Granting Supplemental Chapter 13 Fees
Page 2

---

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED that the Law Offices of Quigley & Fayette, LLC, the applicant, is allowed a fee of $100.00 for services rendered and expenses in the amount of $0.00 for a total of $100.00. The allowance shall be payable:

   XX        Through the Chapter 13 plan as an administrative priority

  \_\_\_\_\_        Outside the plan