Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–19632–KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Marc Fass | Jill Fass |
| 833 South Olden Avenue | 833 South Olden Avenue |
| Trenton, NJ 08610–5149 | Trenton, NJ 08610–5149 |

Social Security No.:
  xxx–xx–7832                            xxx–xx–7558

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on August 3, 2017.

On Janaury 11, 2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Kathryn C. Ferguson on:

Date:                  February 28, 2018
Time:                 10:00 AM
Location:         Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: January 16, 2018
JAN: pbf

                                                                             Jeanne Naughton
                                                                             Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 17-19632-KCF
Marc Fass                                                              Chapter 13
Jill Fass
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2            Date Rcvd: Jan 16, 2018
                              Form ID: 185             Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 18, 2018.
```
db/jdb         Marc Fass,    Jill Fass,    833 South Olden Avenue,    Trenton, NJ  08610-5149
aty           +KML Law Group, PC,    701 Market Street,   St #5000,    Philadelphia, PA 19106-1538
lm            +Cenlar FSB,    P.O. Box 77408,    Ewing, NJ 08628-6408
516818303     +ARS/Account Resolution Specialist,    Po Box 459079,    Sunrise, FL 33345-9079
516818304     +Asset Maximization Group. Inc,    26-12 Borrough Pl,    Suite 6B,   Woodside, NY 11377-7835
516818305     +At&T Universal Citi Card,    Po Box 6500,    Sioux Falls, SD 57117-6500
516818307    #+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
516818308     +Capital One,    Po Box 30285,    Salt Lake City, UT 84130-0285
516818310     +Chase Card,    Attn: Correspondence Dept,    Po Box 15298,   Wilmington, DE 19850-5298
516818311     +Citibank / Sears,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                Saint Louis, MO 63179-0040
516818312     +Citibank/Goodyear,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                S Louis, MO 63179-0040
516818313     +Comenity Bank/Lane Bryant,    Attn: Bankruptcy,    Po Box 182125,   Columbus, OH 43218-2125
517078110     +New Jersey Housing and Mortgage Finance Agency,    c/o Cenlar FSB,    425 Phillips Blvd,
                Ewing, NJ 08618-1430
516818318     +Phoenix Financial Services. Llc,    Po Box 361450,    Indianapolis, IN 46236-1450
516818323      Usaa Savings Bank,    Po Box 47504,    San Antonio, TX 78265

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 17 2018 00:01:21     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 17 2018 00:01:19     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516818309     +E-mail/Text: kzoepfel@credit-control.com Jan 17 2018 00:01:22     Central Loan Admin & R,
                425 Phillips Blvd,   Ewing, NJ 08618-1430
516829716      E-mail/Text: mrdiscen@discover.com Jan 17 2018 00:00:34     Discover Bank,
                Discover Products Inc,    PO Box 3025,   New Albany, OH  43054-3025
516818314     +E-mail/Text: mrdiscen@discover.com Jan 17 2018 00:00:34     Discover Financial,   Po Box 3025,
                New Albany, OH 43054-3025
516818315     +E-mail/Text: bknotice@erccollections.com Jan 17 2018 00:01:27     ERC/Enhanced Recovery Corp,
                8014 Bayberry Rd,   Jacksonville, FL 32256-7412
516818316     +E-mail/Text: bnckohlsnotices@becket-lee.com Jan 17 2018 00:00:43     Kohls/Capital One,
                Kohls Credit,   Po Box 3043,    Milwaukee, WI 53201-3043
516818317     +E-mail/Text: bankruptcydpt@mcmcg.com Jan 17 2018 00:01:18     Midland Funding,
                Attn: Bankruptcy,   Po Box 939069,    San Diego, CA 92193-9069
517047275     +E-mail/Text: bankruptcydpt@mcmcg.com Jan 17 2018 00:01:18     Midland Funding LLC,
                PO Box 2011,   Warren, MI 48090-2011
516818319      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 17 2018 00:16:43
                Portfolio Recovery,    Po Box 41067,   Norfolk, VA 23541
517077523      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 17 2018 00:16:43
                Portfolio Recovery Associates, LLC,    C/O Capital One, N.A.,   POB 41067,   Norfolk VA 23541
517077583      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 17 2018 00:29:24
                Portfolio Recovery Associates, LLC,    c/o Sears Mastercard,   POB 41067,   Norfolk VA 23541
516818320     +E-mail/PDF: gecsedi@recoverycorp.com Jan 17 2018 00:16:39     Syncbpaypalsmartconn,
                Synchrony Bank,   Po Box 965064,    Orlando, FL 32896-5064
516818321     +E-mail/PDF: gecsedi@recoverycorp.com Jan 17 2018 00:16:39     Synchrony Bank/ JC Penneys,
                Attn: Bankruptcy,   Po Box 956060,    Orlando, FL 32896-0001
516818322     +E-mail/PDF: gecsedi@recoverycorp.com Jan 17 2018 00:06:04     Synchrony Bank/Gap,
                Attn: Bankruptcy,   Po Box 956060,    Orlando, FL 32896-0001
517076270     +E-mail/Text: bncmail@w-legal.com Jan 17 2018 00:01:30     USAA Savings Bank,
                C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
                                                                                              TOTAL: 16

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516818306   ##+Aurora Financial Gr In,    9 Eves Dr Ste 190,   Marlton, NJ 08053-8114
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jan 16, 2018
                              Form ID: 185             Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Brian C. Nicholas    on behalf of Creditor    New Jersey Housing And Mortgage Finance Agency
               bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Kevin C. Fayette    on behalf of Debtor Marc  Fass kfayette@kevinfayette.com
              Kevin C. Fayette    on behalf of Joint Debtor Jill  Fass kfayette@kevinfayette.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 5
```