UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Office of Kevin Fayette, LLC
1675 Whitehorse Mercerville Road
Suite 204
Hamilton, New Jersey 08619
(609) 584-0600

In Re: Mark & Jill Fass

Order Filed on March 9, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 17-19632

Adv. No.

Hearing Date:

Judge: (KCF)

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through two (2)  is hereby **ORDERED.**

**DATED: March 9, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Case No. 17-19632
Order Granting Supplemental Chapter 13 Fees
Page 2

---

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED that the Law Offices of Kevin Fayette, LLC, the applicant, is allowed a fee of $400.00 for services rendered and expenses in the amount of $0.00 for a total of $400.00. The allowance shall be payable:

    <u>XX</u>         Through the Chapter 13 plan as an administrative priority

    <u>    </u>         Outside the plan

United States Bankruptcy Court
District of New Jersey

In re:  
Marc Fass  
Jill Fass  
    Debtors

Case No. 17-19632-KCF  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Mar 09, 2018  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2018.  
db/jdb         Marc Fass,   Jill Fass,   833 South Olden Avenue,   Trenton, NJ   08610-5149

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                 TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                 TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2018 at the address(es) listed below:  
         Albert Russo    docs@russotrustee.com  
         Brian C. Nicholas    on behalf of Creditor    New Jersey Housing And Mortgage Finance Agency    bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Kevin C. Fayette    on behalf of Debtor Marc  Fass kfayette@kevinfayette.com  
         Kevin C. Fayette    on behalf of Joint Debtor Jill  Fass kfayette@kevinfayette.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                TOTAL: 5