| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>RAS Citron, LLC<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707<br>Attorneys For Secured Creditor USAA Federal Savings Bank | |
| In Re:<br><br>Marc Fass and<br>Jill Fass<br><br>Debtor, | Case No.:  17-19632-MBK<br><br>Adversary No.:  _____<br><br>Chapter:  13<br><br>Chief Judge:  Michael B. Kaplan |

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:    USAA Federal Savings Bank
(Example: John Smith, creditor)

        Old address:    USAA Federal Savings Bank
                            C/O Weinstein & Riley, PS
                            2001 Western Ave, Suite 400
                            Seattle, WA 98121

        New address:    (Notices) USAA Federal Savings Bank
                            c/o Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                            10700 Abbott's Bridge Road, Suite 170
                            Duluth, GA  30097
                            Phone: 470-321-7112

                            (Payments) Credit Card Payment Processing - USAA Federal Saving Bank
                            c/o Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                            PO Box 272410
                            Boca Raton, FL  33427
                            Phone: 561-241-6901

        New phone no.:
        (if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:    11/29/2021        /s/ Harold Kaplan
                                                     Signature

*rev.2/1/16*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 2, 2021, I electronically filed the Request for Notice with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Marc Fass
833 South Olden Avenue
Trenton, NJ 08610-5149

Jill Fass
833 South Olden Avenue
Trenton, NJ 08610-5149

And via electronic mail to:

Kevin C. Fayette
Law Offices of Kevin Fayette, LLC
1675 Whitehorse Mercerville Road
Suite 204
Hamilton, NJ 08619

Albert Russo
Standing Chapter 13 Trustee
CN 4853
Trenton, NJ 08650-4853

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

By: /s/ Monte Coulter

*rev.2/1/16*